IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR286 |
| vs. | |
| STEPHEN I. MONARREZ, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Stephen I. Monarrez. (Filing No. 21). Richard H. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Richard H. McWilliams' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

Kristina B. Murphree, 11605 Miracle Hills Drive, Suite 300, Omaha, NE 68154, (402) 492-9800, is appointed to represent Stephen I. Monarrez for the balance of these proceedings pursuant to the Criminal Justice Act. Richard H. McWilliams shall forthwith provide Kristina B. Murphree with the discovery materials provided the defendant by the government and such other materials obtained by Richard H. McWilliams which are material to Stephen I. Monarrez's defense.

The clerk shall provide a copy of this order to Kristina B. Murphree and the defendant.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge